Jay WINTERBURN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 51270.

Missouri Court of Appeals,
Western District.

Jan. 16, 1996.

**388**

Jarrett Aiken Johnson, Asst. Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for Respondent.

Before FENNER, C.J., P.J., and SPINDEN and SMITH, JJ.

### *ORDER*

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief without evidentiary hearing.

Judgment affirmed. Rule 84.16(b).